169 So.2d 391

**PARISH OF JEFFERSON**

v.

Louis C. DOODY, Sr., Frank Sanzone, Matthew P. Doody, Walter H. Frank, James A. Ermon, George P. Bywater, Jr., Dr. John B. Parmley.

No. 47532.

Dec. 16, 1964.

In re: Parish of Jefferson applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 167 So.2d 489.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

169 So.2d 391

**PARISH OF JEFFERSON**

v.

Louis C. DOODY, Frank Sanzone, Matthew P. Doody, Walter H. Frank, James A. Ermon, George P. Bywater, Jr., Dr. John B. Parmley.

No. 47541.

Dec. 16, 1964.

In re: Louis C. Doody et al., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 167 So.2d 489.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.